UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUCY GERENA,

    Plaintiff,

v.

FACEBOOK, INC.,

    Defendant.

Case No. 18-cv-02201-MEJ

**NOTICE DIRECTING PLAINTIFF AND DEFENDANT TO FILE CONSENT OR DECLINATION**

This civil case was randomly assigned to Magistrate Judge Maria-Elena James for all purposes. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this District are designated to conduct all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court. All parties have the right to have their case assigned to a United States District Judge for trial and disposition. You are free to withhold consent without adverse substantive consequences.

A written consent to magistrate judge jurisdiction has not been filed by PLAINTIFF and DEFENDANT. Accordingly, PLAINTIFF and DEFENDANT shall inform the Court, by way of the enclosed form, whether PLAINTIFF and DEFENDANT consent(s) to magistrate judge jurisdiction or request(s) reassignment to a United States District Judge for trial. The consent/declination form shall be filed by April 30, 2018.

Dated: April 23, 2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Rose Maher, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY GERENA,<br><br>        Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC.,<br><br>        Defendant. | Case No.  18-cv-02201-MEJ |

INSTRUCTIONS: Please indicate below by checking one of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

☐ **Consent to Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily consent to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **Decline Magistrate Judge Jurisdiction**

    In accordance with the provisions of 28 U.S.C. § 636(c), I decline to have a United States magistrate judge conduct all further proceedings in this case, and I hereby request that this case be reassigned to a United States district judge.

Dated:_____, 20___     Name: _____

                                                              Counsel for<br>                                                              (or "Pro Se"): _____