Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Lucy Gerena )
)  Case No: __3:18-cv-02201__
                    Plaintiff(s),  )
)  **APPLICATION FOR**
     v.  )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
Facebook, Inc., et al.  )  (CIVIL LOCAL RULE 11-3)
)
                    Defendant(s).  )
_____ )

   I, __Orin Snyder_____, an active member in good standing of the bar of
__NY Court of Appeals_____, hereby respectfully apply for admission to practice *pro hac vice* in the
Northern District of California representing: __Facebook, Inc._____ in the
above-entitled action. My local co-counsel in this case is __Brian Lutz_____, an
attorney who is a member of the bar of this Court in good standing and who maintains an office
within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 200 Park Avenue<br>New York, NY 10166 | 555 Mission Street, Suite 3000<br>San Francisco, CA 94105 |
| MY TELEPHONE # OF RECORD:<br>(212) 351-2400 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 393-8379 |
| MY EMAIL ADDRESS OF RECORD:<br>osnyder@gibsondunn.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>blutz@gibsondunn.com |

   I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: __2216424_____.

   A true and correct copy of a certificate of good standing or equivalent official document from said
bar is attached to this application.

   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

   *I declare under penalty of perjury that the foregoing is true and correct.*

Dated: __04/17/18__            _____Orin Snyder_____
                                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of __Orin Snyder_____ is granted,
subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel
designated in the application will constitute notice to the party.

Dated:  April 23, 2018            _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE
                                          Maria-Elena James, U.S. Magistrate Judge

Appellate Division of the Supreme Court
of the State of New York
First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## ORIN SAMUEL SNYDER

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 27, 1987,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 4, 2018**

2138

Clerk of the Court