AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Facebook, Inc. c/o CSC Lawyers Incorporating Service
was received by me on *(date)* 4/17/18 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Becky DeGeorge, c/o CSC Lawyers Incorporating Service, who is designated by law to accept service of process on behalf of *(name of organization)* Facebook, Inc. at 2710 Gateway Oaks Drive, #150N, Sacramento, CA 95833 on *(date)* 4/18/18 at 10:48am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 4/18/18

*Server's signature*

Alejandro Rubio
*Printed name and title*
Nationwide Legal, LLC
110 W C Street, Suite 1211
San Diego, CA 92101

*Server's address*

Additional information regarding attempted service, etc:

ESQ27505