**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 110 Laurel Street, San Diego, CA 92101. On April 30, 2018, I directed the **DECLINATION TO MAGISTRATE JUDGE JURISDICTION** to be electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 30, 2018, at San Diego, California.

/s/ *Gayle M. Blatt*
Gayle M. Blatt
*gmb@cglaw.com*