David S. Casey, Jr. (SBN 060768)
*dcasey@cglaw.com*
Gayle M. Blatt (SBN 122048)
*gmb@cglaw.com*
Jeremy Robinson (SBN 188325)
*jrobinson@cglaw.com*
Angela Jae Chun (SBN 248571)
*ajc@cglaw.com*
Alyssa Williams (SBN 310987)
*awilliams@cglaw.com*
**Casey Gerry Schenk**
**Francavilla Blatt & Penfield, LLP**
110 Laurel Street
San Diego, California 92101
(619) 238-1811 phone
(619) 544-9232 fax

Attorneys for Plaintiff and
the proposed Class

# United States District Court

## Northern District of California

### San Francisco Division

| | |
|---|---|
| **Lucy Gerena**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Facebook, Inc.,** a Delaware Corporation,<br><br>Defendant. | Case No. 3:18-cv-2201-VC<br>Judge: Hon. Vince Chhabria<br><br>**Plaintiff's Statement of Nonopposition to Defendants' Motion to Stay**<br><br>Hearing Date: May 24, 2018<br>Time: 10:00 a.m.<br>Location: Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California |

1 | Pursuant to Local Rule 7-3(b), Plaintiff Lucy Gerena hereby submits her Statement of
2 | Nonopposition to Defendant Facebook, Inc.'s Motion to Stay (ECF No. 10).

3
4  Dated: May 2, 2018                         CASEY GERRY SCHENK
                                              FRANCAVILLA BLATT & PENFIELD, LLP

5                                             By:  /s/ Gayle M. Blatt
                                                   GAYLE M. BLATT
6                                                  *gmb@cglaw.com*

7                                             Attorneys for Plaintiff