# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California. My business address is 110 Laurel Street, San Diego, CA 92101. On May 2, 2018, I directed **Plaintiff's Statement of Nonopposition to Defendants' Motion to Stay** to be electronically filed with the Clerk of Court using the CM/ECF system, which will electronically serve all parties in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 2, 2018, at San Diego, California.

>   /s/ *Gayle M. Blatt*
>   Gayle M. Blatt
>   *gmb@cglaw.com*