| | |
|---|---|
| Orin Snyder (*pro hac vice*) <br> osnyder@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166-0193 <br> Telephone: 212.351.4000 <br> Facsimile: 212.351.4035 | Joshua S. Lipshutz (SBN 242557) <br> jlipshutz@gibsondunn.com <br> GIBSON, DUNN & CRUTCHER LLP <br> 1050 Connecticut Avenue, N.W. <br> Washington, DC 20036-5306 <br> Telephone: 202.955.8500 <br> Facsimile: 202.467.0539 |

Brian M. Lutz (SBN 255976)
 blutz@gibsondunn.com
Kristin A. Linsley (SBN 154148)
 klinsley@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendant Facebook, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY GERENA, on behalf of herself and all others similarly situated, <br><br> Plaintiff <br><br> v. <br><br> FACEBOOK, INC. <br><br> Defendant | CASE NO. 3:18-CV-02201-VC <br> **SAN FRANCISCO DIVISION** <br><br> **CONSENT MOTION** <br><br> **DEFENDANT FACEBOOK, INC.'S REPLY IN SUPPORT OF MOTION TO STAY** <br><br> Hearing Date: May 24, 2018 <br> Time: 10:00 a.m. <br> Location: Courtroom 4, 17th Floor, 450 Golden Gate Avenue, San Francisco, California, |

(*additional captions below*)

| | | |
|---|---|---|
| 1 | LAUREN PRICE, on behalf of herself and all others similarly situated, | |
| 2 | | CASE NO. 3:18-CV-01732-VC |
| 3 | Plaintiffs, | **SAN FRANCISCO DIVISION** |
| 4 | v. | |
| 5 | FACEBOOK, INC. and CAMBRIDGE ANALYTICA, | |
| 6 | Defendants. | |
| 7 | | |
| 8 | | |
| 9 | JONATHAN D. RUBIN on behalf of himself and all others similarly situated, | |
| 10 | Plaintiff, | CASE NO. 3:18-CV-01852-VC<br>**SAN FRANCISCO DIVISION** |
| 11 | v. | **CONSENT MOTION** |
| 12 | FACEBOOK, INC., SCL GROUP, GLOBAL SCIENCE RESEARCH LTD., and CAMBRIDGE ANALYTICA LLC | |
| 13 | | |
| 14 | Defendants. | |
| 15 | | |
| 16 | ASHLEY GENNOCK and RANDY NUNEZ, on behalf of themselves and all others similarly situated, | |
| 17 | | CASE NO. 3:18-CV-01891-VC<br>**SAN FRANCISCO DIVISION** |
| 18 | Plaintiffs, | |
| 19 | v. | **CONSENT MOTION** |
| 20 | FACEBOOK, INC. and CAMBRIDGE ANALYTICA | |
| 21 | Defendants. | |

| | |
|---|---|
| HOWARD O'KELLY, on behalf of himself and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>        Defendants. | CASE NO. 3:18-CV-01915-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| THERESA BEINER and BRANDON HAUBERT, et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA, LLC<br><br>        Defendants. | CASE NO. 3:18-CV-01953-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| SUZIE HASLINGER, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC<br><br>        Defendants. | CASE NO. 3:18-CV-01984-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |

| | |
|---|---|
| DEBRA KOOSER and MARGARET FRANKIEWICZ, on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>FACEBOOK, INC., CAMBRIDGE ANALYTICA, SCL Group, Ltd, and Global Science Research Ltd.<br><br>  Defendants. | CASE NO. 3:18-CV-02009-VC<br>**SAN FRANCISCO DIVISION**<br><br>**CONSENT MOTION** |
| TAYLOR PICHA, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>  Defendants. | CASE NO. 3:18-CV-02090-VC<br>**SAN FRANCISCO DIVISION** |
| CHRISTINA LABAJO, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>  Defendants. | CASE NO. 3:18-CV-02093-VC<br>**SAN FRANCISCO DIVISION** |

| | |
|---|---|
| JOSHUA IRON WING and RYAN MCGRATH, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC. <br><br> Defendant. | CASE NO. 3:18-CV-02122-VC <br> **SAN FRANCISCO DIVISION** <br><br> **CONSENT MOTION** |
| SANFORD BUCKLES, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. <br><br> Defendant. | CASE NO. 3:18-CV-02189-VC <br> **SAN FRANCISCO DIVISION** |
| PATRICIA KING, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FACEBOOK, INC. and CAMBRIDGE ANALYTICA LLC <br><br> Defendants. | CASE NO. 3:18-CV-02276-VC <br> **SAN FRANCISCO DIVISION** <br><br> **CONSENT MOTION** |

Facebook, Inc. ("Facebook") respectfully submits this reply in support of its April 18, 2018 Motion to Stay, currently noticed for argument on May 24, 2018.

Plaintiffs' oppositions to Facebook's motion to stay all proceedings pending a ruling from the JPML in MDL No. 2843 were due on May 2, 2018. As of today, no plaintiff has lodged an opposition. Prior to filing, plaintiffs in *Rubin*, *Gennock*, *O'Kelly*, *Beiner*, *Haslinger*, *Kooser*, *Iron Wing*, *Gerena* and *King* consented to this relief. *O'Kelly* filed a response indicating no objection "provided it is entered without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary," which the proposed order already provides. *O'Kelly*, Dkt. 16. *Gerena* also filed a document indicating plaintiffs' "nonopposition" to the stay. *Gerena*, Dkt. 18. *Rubin* also filed a pleading indicating that he "agrees to Facebook's Motion to Stay." *Rubin*, Dkt. 32. Other plaintiffs have not filed any response.

As plaintiffs have not opposed Facebook's requested relief, Facebook respectfully requests that the Court enter Facebook's proposed order and, pursuant to Local Rule 7-1(b), that the Court do so without holding argument.

| | | |
|---|---|---|
| 1 | DATE:  May 9, 2018 | Respectfully submitted, |
| 2 | | **GIBSON, DUNN & CRUTCHER, LLP** |
| 3 | | By:  /s/  Joshua S. Lipshutz |

Joshua S. Lipshutz (SBN 242557)
jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone:  202.955.8500
Facsimile:  202.467.0539

Orin Snyder (*pro hac vice*)
osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone:  212.351.4000
Facsimile:  212.351.4035

Kristin A. Linsley (SBN 154148)
klinsley@gibsondunn.com
Brian M. Lutz (SBN 255976)
blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:  415.393.8306

*Attorneys for Defendant Facebook, Inc.*